STATE OF NEW JERSEY v. CURTIS JOSEPH SWEENEY.

May 26, 1982.

Petition for certification denied.

OLD BRIDGE EDUCATION ASSOCIATION v. THE BOARD OF
EDUCATION OF THE TOWNSHIP OF OLD BRIDGE,
MIDDLESEX COUNTY.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH STRILLACI.

May 26, 1982.

Petition for certification denied.

LYNN VAN HAREN v. KENNETH C. SHAFER.

May 26, 1982.

Petition for certification denied.